# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Usibelli Coal Mine, Inc. ) ASBCA No. 61639
)
Under Contract No. SPE600-12-D-0656 )

APPEARANCES FOR THE APPELLANT: Richard W. Oehler, Esq.
Perkins Coie LLP
Seattle, WA

Andrew J. Victor, Esq.
Brenna D. Duncan, Esq.
Perkins Coie LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Brandon R. Cogswell Esq.
Suzanne L. Brangan, Esq.
Trial Attorneys
DLA Counsel-Energy
Fort Belvoir, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 2, 2020

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61639, Appeal of Usibelli Coal Mine, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals